Matthew T. WHITE, Plaintiff–Appellant

v.

Carolyn W. COLVIN, Acting Commissioner of Social Security Administration, Defendant–Appellee.

No. 14–1339.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 23, 2014.

Filed: Oct. 29, 2014.

Matthew T. White, Saint Joseph, MO, pro se.

Joletta M. Friesen, Spec. Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., Rhonda J. Wheeler, Acting Chief Counsel, Region VII, Soc. Sec. Admin., Kansas City, MO, of counsel, on the brief), for appellee.

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

[Unpublished]

PER CURIAM.

Matthew T. White appeals the district court's[1] order affirming the denial of child's insurance benefits. Upon de novo review, we conclude that the administra-

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

tive law judge's (ALJ's) opinion is supported by substantial evidence on the record as a whole, including new evidence the Appeals Council considered. See *Davidson v. Astrue,* 501 F.3d 987, 989–90 (8th Cir.2007). Specifically, we find no validity to the challenges White raises to the ALJ's determination of his residual functional capacity (RFC). See *Eichelberger v. Barnhart,* 390 F.3d 584, 591 (8th Cir.2004) (claimant has burden of establishing RFC; factors in RFC determination). The judgment of the district court is affirmed.